# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON PROUTY,  )<br>    Plaintiff  )<br>  )<br>v.  )<br>  )<br>THE HARTFORD LIFE AND ACCIDENT  )<br>INSURANCE CO.; and C & S WHOLESALE  )<br>GROCERS INC.  )<br>    Defendants  ) | CIVIL ACTION NO.<br>3:12-cv-12097-MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants The Hartford Life And Accident Insurance Company, at al, against the plaintiffs Sharon Prouty, pursuant to the court's memorandum and order entered this date, granting the defendant's motions to dismiss.

                                         **ROBERT M. FARRELL**,
                                         CLERK OF COURT

Dated: February 12, 2014                 By /s/ *Maurice G. Lindsay*
                                                             Maurice G. Lindsay
                                                             Deputy Clerk